IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEAUN FARTHING, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:19CV195–HEH
)
LT. I. GODFREY, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on May 6, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $11.66 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Thereafter, on May 30, 2019, the Court granted Plaintiff a fifteen (15) day extension of time to pay the filing fee.

More than fifteen (15) days have elapsed and Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: July 30 2019
Richmond, Virginia